UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>LAS VEGAS SANDS, INC., d/b/a THE VENETIAN RESORT HOTEL CASINO,<br><br>  Respondent. | 2:01-CV-00281-PMP-PAL<br><br>ORDER |

The Court declines to consider Respondent's Ex Parte Motion to Continue Hearing and Briefing Deadlines on Motion to Reinstate Application for OSC Re: Subpoena Enforcement (Doc. #36) on an ex parte basis.  The motion therefore is DENIED.

IT IS SO ORDERED.

DATED: April 15, 2011

_____
PHILIP M. PRO
United States District Judge